CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 25 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY BRINKLEY,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:12-cv-00243 |
| v. | ) ) | **ORDER** |
| MR. STAN YOUNG, <u>et al.</u>,<br>    Defendants. | ) ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of June, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge